

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00135-CR

JUSTIN CLAYTON GOLDTHRITE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 53,861-B

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Justin Clayton Goldthrite was indicted for and pled guilty to the offense of retaliation.[1] *See* TEX. PENAL CODE ANN. § 36.06(c) (Supp.). Goldthrite appeals his conviction, arguing that the trial court erred in denying his motion for new trial because the State failed to comply with Articles 39.14 and 38.371 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 38.371, 39.14 (Supp.).

Via a single consolidated brief, Goldthrite challenges the denial of his motion for new trial. We address Goldthrite's argument in detail in our opinion addressing his appeal in appellate cause number 06-25-00133-CR, and we apply the same legal standard and analysis here as we did in the companion case.

We determine that the trial court did not err in denying the motion for new trial.

We affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:     April 7, 2026
Date Decided:       April 20, 2026

Do Not Publish

---

[1]In companion appellate cause number 06-25-00133-CR, Goldthrite challenges his conviction for aggravated assault with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(a)(2). In companion appellate cause number 06-25-00134-CR, Goldthrite challenges his conviction for a second count of the offense of retaliation. *See* TEX. PENAL CODE ANN. § 36.06(c).